| | |
|---|---|
| NICOLAS ZAVALA CISNEROS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-01307-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO SUPPLEMENT APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>**(Doc. 2)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Nicolas Zavala Cisneros ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability insurance benefits pursuant to Title II and supplemental security income pursuant to Title XVI of the Social Security Act. Doc. 1. Plaintiff moves to proceed without payment of filing fees (*in forma pauperis*). Doc. 2. In response to question 5, Plaintiff states that he owns "real estate, bonds, securities, other financial instruments, automobiles or any other thing of value," but does not complete the portion of the question requiring him to describe the property and state its value.

Because Plaintiff does not fully disclose his relevant assets, the Court is unable to determine whether ordering the application to proceed without payment of filing fees is necessary

1

or appropriate. Accordingly, within ten (10) days of this order, Plaintiff is DIRECTED to submit complete disclosure of household income and assets.

IT IS SO ORDERED.

Dated: **September 19, 2019**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE