# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS ZAVALA CISNEROS,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 1:19-cv-01307-GSA<br><br>**ORDER VACATING<br>ORDER TO SHOW CAUSE**<br><br>**Doc. 4** |

On October 23, 2019, the Court issued an order to show cause why the above-captioned case should not be dismissed following Plaintiff's failure to amend his motion to proceed *in forma pauperis* according to the Court's September 19, 2019, order. Doc. 3. On October 24, 2019, Plaintiff responded to the order to show cause and filed the amended motion.

Accordingly, the Order to Show Cause is hereby VACATED.

IT IS SO ORDERED.

   Dated: __October 28, 2019__                    __/s/ Gary S. Austin__
                                                                             UNITED STATES MAGISTRATE JUDGE