JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLAS ZAVALA CISNEROS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 1:19-CV-01307 <br><br> STIPULATION AND ORDER <br> FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 13, 2020 to May 13, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

///

Respectfully submitted,

Dated: April 10, 2020          PENA & BROMBERG, ATTORNEYS AT LAW


                               By: */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   Attorneys for Plaintiff


Dated: April 10, 2020          MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration


                               By:  */s/ Carol S. Clark*
                                   Carol S. Clark
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on April 10, 2020)


IT IS SO ORDERED.

   Dated:   **April 13, 2020**                **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE