JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLAS ZAVALA CISNEROS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 1:19-cv-01307<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME<br><br><br><br><br>Doc. 19 |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 22, 2020 to August 21, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time but first request for this task, the OPENING BRIEF. Good cause exists for this request.   Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Additionally, the week of 7/12/2020, Plaintiff's Counsel has 2 Federal Court Oral hearings, 19 administrative hearings, 20 Pre-hearing appointments with the claimant 7 letter briefs, 3 Opening briefs, 4 Reply briefs and 1 Motion for Summary Judgement due. The week of 05/31/2020, Plaintiff's Counsel

had 23 administrative hearings, 1 hearing preparation appointments with claimant, 1 reply brief, 1 motion for summary judgement and 4 opening briefs. The week of 7/19/2020, Plaintiff's Counsel had 25 administrative hearings, 2 reply brief, 2 letter brief and 12 opening briefs due. Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 9, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: July 9, 2020          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  **/s/ Carol S. Clark*
Carol S. Clark
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on July 9, 2020)

IT IS SO ORDERED.

Dated:  **July 10, 2020**          /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

2