McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MO 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| NICOLAS ZAVALA CISNEROS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01307-GSA<br><br>MOTION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF |

<u>MOTION FOR EXTENSION</u>

    Defendant respectfully requests an extension of thirty (30) days in which to file his responsive brief in this case, changing the date on which the brief is due from September 17, 2020, to October 17, 2020.  This is Defendant's first request for an extension.  Defendant conferred with Counsel for Plaintiff, Jonathan Pena, who confirmed that Plaintiff does not oppose this request.

    Counsel for Defendant makes this request for good cause and in good faith, with no intention of unduly delaying the proceedings.  Counsel for Defendant states that she is currently facing a particularly demanding caseload and dealing with additional COVID-related challenges.

Despite her sincere efforts, she has been unable to complete the brief in this matter as planned. Counsel for Defendant apologizes for any inconvenience to Plaintiff or the Court caused by this request. Counsel for Defendant further requests that all other deadlines in the Court's scheduling order be modified accordingly.

                                                Respectfully submitted,

September 17, 2020                      McGREGOR W. SCOTT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                                */s/ Carol S. Clark*
                                                CAROL S. CLARK
                                                Special Assistant United States Attorney

IT IS SO ORDERED.

    Dated:   **September 18, 2020**                   **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE