McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MO 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| NICOLAS ZAVALA CISNEROS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01307-GSA<br><br>DEFENDANT'S MOTION FOR EXTENSION (SECOND REQUEST) AND ORDER<br><br>(Doc. 24) |

<u>MOTION FOR EXTENSION</u>

    Defendant respectfully requests an extension of fourteen (14) days in which to file his responsive brief in this case, changing the date on which the brief is due from October 19, 2020, to November 2, 2020. This is Defendant's second request for an extension. The Court previously granted a 30-day extension. Defendant conferred with Counsel for Plaintiff, Jonathan Pena, who confirmed that Plaintiff does not oppose this request.

    Counsel for Defendant makes this request for good cause and in good faith, with no intention of unduly delaying the proceedings. Counsel for Defendant states that she is currently facing a particularly demanding caseload and dealing with family-related challenges involving

an elderly parent which necessitate out-of-town travel.  Despite her sincere efforts she has been unable to complete the brief in this matter as planned, but anticipates that she will be able to complete the brief within 14 days.  Counsel for Defendant apologizes for any inconvenience to Plaintiff or the Court caused by this request.  Counsel for Defendant further requests that all other deadlines in the Court's scheduling order be modified accordingly.

                                        Respectfully submitted,

October 19, 2020                        McGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Carol S. Clark*
                                        CAROL S. CLARK
                                        Special Assistant United States Attorney

## ORDER

    For good cause shown, Defendant's Request for an Extension is GRANTED.  All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

    Dated:  **October 20, 2020**                      **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE